# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JERRY L HOWELL**                                                                                         **PLAINTIFF**

**v.**                              **CASE NO. 4:21-CV-00718-BSM**

**USA**                                                                                                         **DEFENDANT**

## **ORDER**

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 8], this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE