IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JERRY L HOWELL**                                                                      **PLAINTIFF**

v.                  CASE NO. 4:21-CV-00718-BSM

**USA**                                                                        **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of November, 2022.

                                                                             _/s/ Brian S. Miller_
                                                                     UNITED STATES DISTRICT JUDGE